**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 24, 2025**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |
| | § | |
| OTISCO RDX, LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | ADVERSARY NO. 24-05040-MMP |
| | § | |
| RIC (LAVERNIA) LLC, | § | |
| | § | |
| DEFENDANT. | § | |

### ORDER GRANTING MOTION FOR CONTINUANCE IN PART

The Court heard Plaintiff's *Motion for Continuance* (ECF No. 42) and determined that the *Motion* should be granted in part and denied in part for the reasons stated on the record at a hearing held on July 23, 2025. It is, therefore,

**ORDERED** that the *Motion* is **GRANTED** as it relates to the hearing on *Defendants' Motion for Sanctions and Award of Attorneys' Fees* (ECF No. 20). The Court will now hear the *Motion for Sanctions* on **August 14, 2025, at 9:30 A.M.** in San Antonio Courtroom 1, Hipolito F. Garcia Federal Building & Courthouse, 615 E. Houston St., San Antonio, TX 78205. It is further

**ORDERED** that the *Motion* is **DENIED** as it relates to the hearing on *Plaintiff's Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment* (ECF No. 19).

# # #