The Court's granting of leave does not approve or disapprove the open issue of the jurisdictional timeliness of the amended motion to reconsider under Rule 9023.

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: July 24, 2025

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | ' | CASE NO. 24-51195-MMP |
| | ' | |
| RIC (LAVERNIA) LLC, | ' | |
| DEBTOR | ' | CHAPTER 11 |
| | | |
| OTISCO RDX, LLC, | ' | |
| | ' | |
| PLAINTIFF | ' | |
| V. | ' | ADVERSARY NO. 25-05040-MMP |
| | ' | |
| RIC (LAVERNIA) LLC, AND | ' | |
| TIG ROMSPEN US MASTER | ' | |
| MOARTGAGE LP, | ' | |
| | ' | |

ORDER ON MOTION FOR LEAVE OF COURT TO FILE AMENDED RESPONSE TO MOTION FOR SANCTIONS [DOC #46], TO FILE MOTION FOR CONTINUANCE [DOC #42] AND TO FILE PLAINTIFF'S AMENDED MOTION TO RECONSIDER ORDER GRANTING DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S <u>REQUEST FOR LEAVE TO AMEND [ DOC# 44]</u>

Came on for consideration this day Otisco RDX, LLC's ("Otisco") *Motion for Leave of Court to file Amended Response to Motion for Sanctions [Doc #46]*(the "**Amended Sanctions Response**"), *Motion For Continuance [Doc #42]* **("MFC")**, *Plaintiff's Amended Motion To Reconsider Order Granting Defendants' Motion To Dismiss Or, In The Alternative, Motion For Summary Judgment And Plaintiff's Request For Leave To Amend* ("**Amended Motion to Reconsider**") *[Doc #44]* (the "*Motion*").

The Court hereby **GRANTS** the Motion.

It is therefore **ORDERED** that Otisco RDX, LLC is granted leave of court to file its *Amended Response to Motion for Sanctions [Doc #46],*, *Motion For Continuance [Doc #42],* and *Plaintiff's Amended Motion To Reconsider Order Granting Defendants' Motion To Dismiss Or, In The Alternative, Motion For Summary Judgment And Plaintiff's Request For Leave To Amend [Doc #44]* which were filed on July 22, 2025, and July 20, 2025, and July 21, 2025 respectively.

###

Submitted By:
RONALD J. SMEBERG
SMEBERG LAW FIRM, PLLC
4 Imperial Oaks
San Antonio, TX 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTORS