**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 24, 2025**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| RIC (LAVERNIA) LLC, | § § | CASE NO. 24-51195-MMP |
| Debtor. | § § | CHAPTER 11 |
| | § § | |
| OTISCO RDX, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § | ADVERSARY NO. 24-05040-MMP |
| RIC (LAVERNIA) LLC, | § § § | |
| Defendant. | § | |

**ORDER DISMISSING MOTION TO RECONSIDER AS MOOT**

The Court considered the *Plaintiff's Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment* (ECF No. 19) and the docket sheet and determined that the *Motion* should be dismissed as moot because the Plaintiff has filed an *Amended Motion* (ECF No. 44). It is, therefore,

**ORDERED** that the first above-referenced *Motion* (ECF No. 19) is hereby **DISMISSED AS MOOT.**

# # #