**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 15, 2025.**



_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |
| OTISCO RDX, LLC, | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| V. | § | ADVERSARY NO. 25-05040-MMP |
| | § | |
| RIC (LAVERNIA) LLC, TIG ROMSPEN US MASTER MORTGAGE LP, | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER**

On August 27, 2025, the Court heard the following motions and took them under advisement:

1

1. Plaintiff's *Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment* (ECF No. 19);

2. Defendants' *Objection to Plaintiff's Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment* (ECF No. 24);

3. Plaintiff's *Amended Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment and Plaintiff's Request for Leave to Amend* (ECF No. 44);

4. Defendants' *Objection to Plaintiff's Amended Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment* (ECF No. 68);

5. Plaintiff's *Motion for Leave to Allow Plaintiff's Response to Defendants' Objection to Plaintiff's Amended Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment and to Allow for New Evidence* (ECF No. 73); and

6. Plaintiff's *Second Motion for Leave to Allow for a Further Response to Defendants' Objection to Plaintiff's Amended Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment and Allow for New Evidence in Support of its Motion to Reconsider* (ECF No. 73).

Upon consideration of the filings, the evidence, the arguments of the parties, and the law, the Court simultaneously enters its *Opinion* explaining the reasons for issuance of this *Order* and the Court now **ORDERS**:

1. Plaintiff's *Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment* (ECF No. 19) is **DENIED**, except to the extent it seeks entry of judgment related to Debtor's motion for summary judgment, which the Court will enter separately;

2. Defendants' *Objection to Plaintiff's Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment* (ECF No. 24) is **SUSTAINED**, except to the extent Plaintiff's *Motion* seeks entry of summary judgment;

3. Plaintiff's *Amended Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment and Plaintiff's Request for Leave to Amend* (ECF No. 44) is **DENIED** as untimely;

4. Defendants' *Objection to Plaintiff's Amended Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment* (ECF No. 68) is **DENIED** as moot;

5. Plaintiff's *Motion for Leave to Allow Plaintiff's Response to Defendants' Objection to Plaintiff's Amended Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment and to Allow for New Evidence* (ECF No. 73) is **DENIED** as moot; and

6. Plaintiff's *Second Motion for Leave to Allow for a Further Response to Defendants' Objection to Plaintiff's Amended Motion to Reconsider Order Granting Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment and Allow for New Evidence in Support of its Motion to Reconsider* (ECF No. 73) is **DENIED** as moot.

# # #