

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 15, 2025.**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| RIC (LAVERNIA) LLC, | § § | CASE NO. 24-51195-MMP |
| DEBTOR. | § § | CHAPTER 11 |
| | § § | |
| OTISCO RDX, LLC, | § § | |
| PLAINTIFF | § § | |
| v. | § § | ADVERSARY NO. 25-05040-MMP |
| RIC (LAVERNIA) LLC, TIG ROMSPEN US MASTER MORTGAGE LP, | § § § | |
| DEFENDANTS. | § | |

1

**JUDGMENT**

On June 2, 2025, the Court heard *Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment* (ECF No. 4).[1] In accordance with the Court's June 3 *Order Granting Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment* (ECF No. 15), the Court **FINDS**:

1. Plaintiff failed to state a claim for a relief.

2. But if Plaintiff stated a claim for relief:

    2.1. Plaintiff's sole basis for relief in its *Complaint* (ECF No. 1) was that the Foreclosure Sale[2] was illegitimate because it did not comply with Texas Property Code § 51.0075(c) and (e)—that the Foreclosure Sale occurred without a duly appointed substitute trustee, so the sale was legally defective, and title therefore did not properly transfer.

    2.2. Defendants presented persuasive evidence that established by a preponderance of the evidence that the duly appointed and legitimate substitute trustees conducted the Foreclosure Sale. The deed of trust underlying TIG Romspen's lien on the Property provided the procedures to properly appoint substitute trustees, and Defendants provided documents showing that they properly appointed substitute trustees under those procedures. Defendants also provided the deed of foreclosure sale showing the duly appointed substitute trustees conducted the Foreclosure Sale.

    2.3. Plaintiff's sole basis for relief was unfounded.

    2.4. Defendants are entitled to summary judgment that Plaintiff take nothing on its *Complaint*.

# # #

---

[1] "ECF" denotes the electronic filing number.
[2] *Foreclosure Sale* and *TIG Romspen* are defined in the Court's contemporaneously entered *Opinion*.