**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** § § | | |
|   **RIC (Lavernia) LLC** § | Case No. 24-51195-mmp | |
|     Debtor. § § | Chapter 11 | |

| | | |
|---|---|---|
| **OTISCO RDX, LLC** § § | | |
|     Plaintiff, § § | | |
| v. § | Adversary No. 25-05040-mmp | |
| **RIC (Lavernia) LLC, TIG ROMSPEN** § **US MASTER MORTGAGE LP,** § § | | |
|     Defendants. § | | |

## NOTICE OF APPEAL

TO THE HONORABLE MICHAEL M. PARKER,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Appellant, TRAVIS B. VARGO, in his capacity as Court-Appointed Receiver[1] over Otisco RDX, LLC, by and through his counsel of record, and files this Notice of Appeal from Judgment entered on October 15, 2025 [Docket No. 126] ("Judgment"), pursuant to Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure. The Judgment is attached hereto as **Exhibit A** and incorporated herein by

---

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas and the Order Granting The Receiver's Motion to Show Authority [Docket No. 304] entered on October 17, 2025 in Case No. 24-51195-mmp, In re RIC (Lavernia) LLC, pending in the United States Bankruptcy Court for the Western District of Texas Bankruptcy, San Antonio Division.

reference.

Pursuant to Rule 8003(a) of the Federal Rules of Bankruptcy Procedure, below is the following information:

| | |
|---|---|
| Appellant: | Travis Vargo, in his capacity as Court-Appointed Receiver of Otisco RDX, LLC ("Receiver"). |
| Appellant's Counsel: | Leslie M. Luttrell<br>Luttrell + Carmody Law Group<br>One International Centre<br>100 NE Loop 410, Ste. 615<br>San Antonio, Texas 78216<br>T. 210.426.3600<br>luttrell@lclawgroup.net |
| Position of Appellant: | Receiver is the successor to the Plaintiff, Otisco RDX, LLC, pursuant to the Order Granting The Receiver's Motion to Show Authority [Docket No. 304] entered on October 17, 2025 in Case No. 24-51195-mmp, *In re RIC (Lavernia) LLC,* pending in the United States Bankruptcy Court for the Western District of Texas Bankruptcy, San Antonio Division. |
| Subject of Appeal: | Judgment entered on October 15, 2025 [Adv. Docket No. 126]. |

**Other parties to the Appeal:**

| | |
|---|---|
| Appellees: | RIC (Lavernia) LLC and TIG Romspen US Master Mortgage LP |
| Appellee's Counsel: | **RIC (Lavernia) LLC**:<br>Robert Luke Graham<br>2200 Ross Avenue, Suite 4200w<br>Dallas, TX 75201<br>T. 214-721-8041<br>luke.graham@bclplaw.com<br><br>Kyle Hirsch<br>Bryan Cave Leighton Paisner LLP<br>Two North Central Ave, Suite 2100<br>Phoenix, AZ 85004-4406<br>T. (602) 364-7170<br>kyle.hirsch@bclplaw.com |

| | |
|---|---|
| Appellee's Counsel: | **TIG Romspen Mortgage LP**:<br>Lynn Hamilton Butler<br>Husch Blackwell LP<br>111 Congress Ave., #1400<br>Austin, Texas 78701<br>T: (512) 479-9758<br>Lynn.Butler@huschblackwell.com |

Dated this 23rd day of October, 2025.

        Respectfully submitted,

        LUTTRELL + CARMODY LAW GROUP
        One International Centre
        100 N.E. Loop 410, Suite 615
        San Antonio, Texas 78216
        Tel. 210.426.3600
        Email: luttrell@lclawgroup.net

        By: */s/ Leslie M. Luttrell*
           Leslie M. Luttrell
           State Bar No. 12708650

        **ATTORNEYS FOR TRAVIS B. VARGO,
        COURT-APPOINTED RECEIVER**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 23rd day of October, 2025, I caused a copy of the foregoing instrument to be served to the following either through the Court's ECF System or via U.S. First Class Mail, postage prepaid.

**Debtor**
RIC (Lavernia) LLC
162 Cumberland Street, Suite 300
Toronto, ON M5R 3N5

**Attorneys for Debtor and Defendants**
Robert Luke Graham
Justin Hanna
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue #4200W
Dallas, TX 75201

Kyle Hirsch
Bryan Cave Leighton Paisner LLP
Two North Central Ave, Suite 2100
Phoenix, AZ 85004-4406

Brigid K Ndege
Bryan Cave Leighton Paisner
161 N Clark St
Ste 4300,
Chicago, IL 60605

*/s/ Leslie M. Luttrell*
Leslie M. Luttrell